AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Siddharth Dubey
25 South Cummings Drive
Middletown, DE 19709

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and Dr. EMILIO T. GONZALEZ Director of U.S. Citizenship and Immigration Services, and Paul E. Novak, JR., Director of the USCIS Vermont Service Center, and EVELYN UPCHURCH, Director of the USCIS Texas Service Center

CASE NUMBER:

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.,
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 12, 2008 |
| NAME OF SERVER (PRINT)  Brian S. Green | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Federal Express Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 12, 2008           [signature]
              Date                      Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, Md 21117
    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Brian Green

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, March 12, 2008 9:53 AM
**To:** Brian Green
**Subject:** FedEx Shipment 952639399079 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | LAW OFFICE OF SHEELA MURTHY |
| Name: | ATTORNEY -BRIAN GREEN |
| E-mail: | BRIANG@MURTHY.COM |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 03-0630LFS BG/GW |
| Ship (P/U) date: | Mar 11, 2008 |
| Delivery date: | Mar 12, 2008 9:40 AM |
| Sign for by: | M.PARRIS |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 952639399079 |

Shipper Information
ATTORNEY -BRIAN GREEN
LAW OFFICE OF SHEELA MURTHY
10451 MILL RUN CIRCLE;STE. 100
OWINGS MILLS
MD
US
21117

Recipient Information
MICHAEL B MUKASEY, US ATTRNY GENRL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON
DC
US
20530

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:52 AM CDT on 03/12/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

3/12/2008