AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Siddharth Dubey
25 South Cummings Drive
Middletown, DE 19709

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and Dr. EMILIO T. GONZALEZ Director of U.S. Citizenship and Immigration Services, and Paul E. Novak, JR., Director of the USCIS Vermont Service Center, and EVELYN UPCHURCH, Director of the USCIS Texas Service Center

CASE NUMBER:

TO: (Name and address of Defendant)

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigations
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.,
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: March 12, 2008 |
| NAME OF SERVER (PRINT): Brian S. Green | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ___Federal Express Delivery___

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 12, 2008___  _[signature]_
             Date                      Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, Md 21117

                   Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Track Shipments/FedEx Kinko's Orders
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 952639399080 | Reference | 03-0630LFS BG/GW |
| Signed for by | M.LUNDY | Department number | SPECIAL PROJECTS |
| Ship date | Mar 11, 2008 | Destination | WASHINGTON, DC |
| Delivery date | Mar 12, 2008 9:23 AM | Delivered to | FedEx Location |
| | | Service type | Standard Envelope |
| | | Weight | 0.5 lbs. |

**Status** Delivered

**Signature image available** Yes

| Date/Time | | Activity | Location |
|---|---|---|---|
| Mar 12, 2008 | 9:23 AM | Delivered | WASHINGTON, DC |
| | 7:07 AM | At local FedEx facility | WASHINGTON, DC |
| | 1:30 AM | At dest sort facility | DULLES, VA |
| Mar 11, 2008 | 9:39 PM | Left origin | LINTHICUM HEIGHTS, MD |
| | 6:47 PM | Picked up | LINTHICUM HEIGHTS, MD |
| | 1:57 PM | Package data transmitted to FedEx | |

Signature proof    E-mail results    Track more shipments/o

Subscribe to tracking updates (optional)

Your name: _____    Your e-mail address: _____

| E-mail address | Language | | Exception updates | |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

Select format:    HTML    Text    Wireless

Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions