AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Siddharth Dubey
25 South Cummings Drive
Middletown, DE 19709

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and Dr. EMILIO T. GONZALEZ Director of U.S. Citizenship and Immigration Services, and Paul E. Novak, JR., Director of the USCIS Vermont Service Center, and EVELYN UPCHURCH, Director of the USCIS Texas Service Center

CASE NUMBER:

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                             DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE March 12, 2008 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Federal Express Delivery

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 12, 2008         [signature]
                  Date                Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, Md 21117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Brian Green**

From: TrackingUpdates@fedex.com
Sent: Wednesday, March 12, 2008 11:13 AM
To: Brian Green
Subject: FedEx Shipment 952639399116 Delivered

This tracking update has been requested by:

Company Name:          LAW OFFICE OF SHEELA MURTHY
Name:                  ATTORNEY -BRIAN GREEN
E-mail:                BRIANG@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                       03-0630LFS BG/GW
Ship (P/U) date:                 Mar 11, 2008
Delivery date:                   Mar 12, 2008 11:10 AM
Sign for by:                     S.ROBINSON
Delivered to:                    Mailroom
Service type:                    FedEx Standard Overnight
Packaging type:                  FedEx Envelope
Number of pieces:                1
Weight:                          0.50 lb.
Special handling/Services:       Deliver Weekday

Tracking number:                 952639399116

Shipper Information                  Recipient Information
ATTORNEY -BRIAN GREEN                CIVIL PROCESS CLERK
LAW OFFICE OF SHEELA MURTHY           US ATTORNEY'S OFFICE
10451 MILL RUN CIRCLE;STE. 100       555 4TH STREET, NW
OWINGS MILLS                         WASHINGTON
MD                                   DC
US                                   US
21117                                20530

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:12 AM CDT
on 03/12/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the