UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIDDHARTH DUBEY, | ) |
| Plaintiff, | ) Case No. 1:08-cv-00419 |
| v. | ) Alien No. A99 551 724 |
| MICHAEL B. MUKASEY, U.S. Attorney General, et al., | ) Judge Royce C. Lamberth |
| Respondents. | ) |

### NOTICE OF DISMISSAL

Comes now, Plaintiff, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), and hereby notifies this Honorable Court that the above-captioned case can be dismissed without prejudice. Plaintiff has been informed by the U.S. Attorney's Office for the District of Columbia that his FBI NNCP Check has been completed.

Respectfully submitted,

_____
Aron A. Finkelstein, Esquire
Attorney Bar No. 25560
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440; (410) 356-5669 (fax)

Counsel for Plaintiff

April 8, 2008
Date